No. 6296.—E. Solé & Co. S. en C. aplda., *v.* Rocafort et als., apltes.—C. D. San Juan. ▉ Marzo 14, 1933.

(Por la corte, a propuesta del Juez Asociado Sr. Aldrey.)

Por cuanto, la apelada solicita que desestimemos esta apelación por ser frívola y acompañó a esa solicitud una certificación expedida por el secretario de la corte inferior;

Por cuanto, señalada la vista de esa moción para el día de ayer en él alegó por escrito la apelante que no se le entregó copia de la certificación mencionada y solicitó que se ordenase le sea entregada y que se señale otro día para la vista de la moción;

Por cuanto, si bien debe entregarse a la parte contraria copia de los documentos que se presenten en apoyo de cualquier solicitud, esto no obstante, no es procedente el señalamiento de nuevo día en este caso, no sólo porque antes de la vista de la moción de desestimación fué entregada a la apelante copia de dicha certificación sino, principalmente, porque ella sólo contiene constancias de los autos del pleito entre las partes, que tienen que ser conocidas por el apelante;

Por cuanto, tratándose en este litigio del cobro de varios pagarés vencidos, los que el demandante presentó en el juicio y que los demandados admitieron fueron suscritos por ellos, sin que presentaran prueba de haber pagado aquéllos a que se refiere la sentencia, resulta frívola su apelación;

Por tanto, la apelación interpuesta por los demandados contra la sentencia dictada en este caso es desestimada.

No. 6304.—Franceschi, et als., peticionarios, Ex parte: López de Tord & Zayas Pizarro, apltes., *v.* Franceschi, et als., como herederos, apldos.—C. D. Ponce. ▉

▉

Marzo 14, 1933.

(Por la corte, a propuesta del Juez Asociado Sr. Hutchison.)

Vista la moción que antecede, así como el escrito de oposición a la misma, con la asistencia de ambas partes, se desestima por ser frívola la apelación interpuesta contra la orden de la Corte de Distrito de Ponce de 2 de marzo de 1933.

No. 6298.—Roig Commercial Bank, apldo. *v.* Merced et al., apltes.—C. D. Humacao. ▉ Marzo 31, 1933.

(Por la corte, a propuesta del Juez Asociado Sr. Hutchison.)

Por cuanto, la corte de distrito dictó sentencia en el presente caso declarando con lugar la demanda en sus dos causas de acción y condenando ''al demandado Isabel Merced a pagar a la demandante, Roig Commercial Bank, la suma de mil cuatrocientos dollars, im-